IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

           Plaintiff,                      ORDER

    v.                                     07-cv-578-bbc

REAL PROPERTY LOCATED AT
13591 INDIAN VILLAGE ROAD, TRIPOLI,
ONEIDA COUNTY, WISCONSIN, WITH
ALL APPURTENANCES AND
IMPROVEMENTS THEREON,

           Defendant.

---

On March 5, 2008, this court held a telephonic status conference. The government was represented by Assistant United States Attorney Elizabeth Altman. Claimant Ray-a-nay Dacus was represented by Attorney Morris Berman.

The parties reported that Dacus still faces criminal charges in state court related to the instant forfeiture. As a result, Dacus is asserting her fifth amendment privilege not to participate in discovery at this time. Therefore, further proceedings are stayed pending resolution of the state court criminal prosecution. I set a telephonic status conference for May 14, 2008 at 9:00 a.m. The parties had no other substantive matters to bring to the court's attention.

Entered this 6th day of March, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge