IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

13591 INDIAN VILLAGE ROAD, TRIPOLI,
ONEIDA COUNTY, WISCONSIN,

        Defendant.

ORDER

07-cv-578-bbc

---

        Pursuant to 18 U.S.C. § 983(b)(2)(A), claimant Ray-a-nay L. Dacus has requested appointment of counsel in this forfeiture case and has established indigency. Therefore, it is ORDERED that Attorney Morris Berman is ordered by the court to represent the claimant in these forfeiture proceedings.

        Entered this 15th day of April, 2008.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge