IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| REAL PROPERTY LOCATED AT 13591 ) | Case No. 07-C-578-C |
| INDIAN VILLAGE ROAD, TRIPOLI, ) | |
| ONEIDA COUNTY, WISCONSIN, WITH ) | |
| ALL APPURTENANCES AND ) | |
| IMPROVEMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |
| ) | |

CERTIFICATE OF REASONABLE CAUSE

Upon motion of the United States and review of the entire file of this case, the Court hereby certifies that there was reasonable cause for the seizure of the defendant real property located 13591 Indian Village Road, Tripoli, Oneida County, Wisconsin, in that it was subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(7).

Executed this 25th day of June 2009.

Barbara B. Crabb
BARBARA B. CRABB
United States District Judge