IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| REAL PROPERTY LOCATED AT 13591 INDIAN VILLAGE ROAD, TRIPOLI, ONEIDA COUNTY, WISCONSIN, WITH ALL APPURTENANCES AND IMPROVEMENTS THEREON, | ) Case No. 07-C-578-C |
| | ) |
| Defendant. | ) |

ORDER OF FORFEITURE

Upon application of the United States of America, and review of the entire file in this case, the Court hereby finds:

1. The Stipulated Settlement Agreement is incorporated herein by reference and attached to the government's Application for Order of Forfeiture.

2. A final order of forfeiture is hereby entered whereby all right, title, and interest in the real property located at 13591 Indian Village Road, Tripoli, Oneida County, Wisconsin, is conveyed to the Plaintiff, United States of America.

3. The government shall sell the defendant property and pay thirty percent of the net proceeds from the sale of the defendant property to Ray-a-nay Dacus, through her attorney, Morris Berman.

4. "Net proceeds" refers to the monies remaining from the sale of the defendant property after payment of all expenses, including but not limited to the following:

    a. reasonable costs incurred in the sale of the defendant property;

    b. any costs incurred to prepare the property for sale;

    c. any outstanding mortgages or liens;

    d. any expenses of custody incurred by the U.S. Marshals Service or other property custodian

5. All outstanding taxes, interest, and penalties for tax years 2007 and 2008, shall be paid out of Ray-a-nay Dacus' thirty percent of the net proceeds. As of June 4, 2009, the current outstanding taxes for 2007 and 2008 total $3,391.23.

6. The United States Marshal for the Western District of Wisconsin is directed to:

    a. dispose of defendant property in accordance with the terms outlined above and in accordance with federal law.

ORDERED this 25th day of June 2009.

Barbara B. Crabb
BARBARA B. CRABB
United States District Judge