IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY LOCATED AT
13591 INDIAN VILLAGE ROAD,
TRIPOLI, ONEIDA COUNTY, WISCONSIN,
WITH ALL APPURTENANCES AND
IMPROVEMENTS THEREON,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 07-cv-578-bbc

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Attorney Morris Berman against the United States of America granting his motion for attorney fees in the amount of $1,814.38.

_____      _January 25, 2011_
Peter Oppeneer, Clerk of Court            Date